# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

FRANKLIN ROBERTO TRINIDAD-ANTUNEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2929

———————————————

January 2, 2026

Appeal from the Circuit Court for Manatee County; Teresa Dees, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.